

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00237-CV

**IN THE INTEREST OF C.J.G., A CHILD**,
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01800
Honorable Richard Garcia, Judge Presiding

# O R D E R

The trial court signed the termination order on May 15, 2019. The notice of appeal, which was prematurely filed, was deemed filed that same day. Accordingly, the reporter's record in this accelerated appeal was due May 28, 2019, but was not filed. *See* TEX. R. APP. P. 35.1(b); *see also id.* R. 4.1(a) (stating that if last day of period is Saturday, Sunday, or legal holiday, period extends to next day that is not Saturday, Sunday, or legal holiday).

We begin by reminding the reporter that, by statute, this appeal is accelerated and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, and most importantly, **extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances."** *Id.* R. 28.4(b)(2). Rule 28.4(b)(2) makes no distinction between bench and jury trials. *See id.*

We therefore **ORDER** court reporter **Angie Jimenez** to file the reporter's record in this court **on or before June 7, 2019**. With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.** *Id.* 28.4(b)(1). **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.** *Id.*

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court